**\*CORRECTED AMENDED JUDGMENT\***

## United States District Court
## Central District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. | CR 06-697 DSF |
| Defendant  JACKSON, James | Social Security No. | 4  0  6  7 |
| akas: JACKSON, Jame Judson (True Name) | (Last 4 digits) | |

### JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 01 | 28 | 2008 |

**COUNSEL** [X] WITH COUNSEL   Richard Steingard (Retained)
(Name of Counsel)

**PLEA** [X] GUILTY, and the court being satisfied that there is a factual basis for the plea. [ ] NOLO CONTENDERE   [ ] NOT GUILTY

**FINDING** There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:
8 U.S.C. §1324 (a)(1)(A)(iii): Alien Harboring (Single-Count First Superseding Information) Class D Felony

**JUDGMENT AND PROB/ COMM ORDER** The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant shall:

perform 200 hours of community service, to be completed no later than January 29, 2009. The community service shall consist of providing legal aid and representation to the extent allowed by law, to individuals with immigration-related problems. The terms and circumstances of the community service are to be determined by the Court. Defendant is to provide, no later than February 15, 2008, a proposal for this community service in writing to the Department of Justice. The Department of Justice shall have until February 29, 2008 to advise the Court of any objections or concerns it may have about defendant's proposal. The proposal shall include a method of regular reporting to the Court and proof of services provided.

Proof of completion of the terms shall be provided to the Court by the Department of Justice.

The defendant shall cooperate in the collection of a DNA sample from the defendant.

The drug testing condition mandated by statute is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately.

It is ordered that the defendant shall pay to the United States a total fine of $5,000. The full amount of the fine shall be due and payable no later than January 27, 2009.

The defendant's bond is exonerated.

The defendant is advised of his limited right to appeal this judgment.

SENTENCING FACTORS: The sentence is based upon the factors set forth in 18 U.S.C. §3553, including the applicable sentencing range set forth in the guidelines.

| USA vs.  JACKSON, James | Docket No.:  CR 06-697 DSF |
|---|---|

_____3-4-08_____                     _____Dale S. Fischer_____
Date                                                    DALE S. FISCHER, United States District Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

_____3/5/08_____          By  _____Yrvell Rsn_____
Filed/Date                               Deputy Clerk

---

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
   at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

                                             United States Marshal
                              By

USA vs. JACKSON, James                          Docket No.: CR 06-697 DSF

_____          _____
Date                                                      Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

_____                         Deputy Clerk
Filed Date

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____          _____
              Defendant                                                     Date

_____                      _____
U. S. Probation Officer/Designated Witness              Date